FILED by_____ TB ___ D.C.

Sep 17, 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. –MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 15-60236-CR-HURLEY/HOPKINS

CASE NO._____

18 U.S.C. § 1015(e)
18 U.S.C. § 1542
18 U.S.C. § 982(a)(6)

UNITED STATES OF AMERICA

vs.

EDINSON CANAVERAL SANCHEZ,

      **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about June 30, 2010, in Broward County, in the Southern District of Florida, the defendant,

**EDINSON CANAVERAL SANCHEZ,**

did willfully and knowingly make a false statement in an application for a passport with the intent to induce or secure the issuance of a passport under the authority of the United States for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that the defendant represented himself to be "E.X.S.C.," when in truth and in fact, and as the defendant then and there well knew, his name was not E.X.S.C., in violation of Title 18, United States Code, Section 1542.

## COUNT 2

On or about June 20, 2012, in Broward County, in the Southern District of Florida, the defendant,

### EDINSON CANAVERAL SANCHEZ,

an alien, did knowingly make a false statement and claim that he was a citizen of the United States, with the intent to obtain on behalf of himself a State benefit, in that the defendant presented a birth certificate from the Commonwealth of Puerto Rico and a social security card in the name of "J.C.L.P." as proof of his identity and citizenship, to induce and secure the issuance of a State of Florida Identification Card, in violation of Title 18, United States Code, Section 1015(e).

## COUNT 3

On or about August 2, 2012, in Broward County, in the Southern District of Florida, the defendant,

### EDINSON CANAVERAL SANCHEZ,

an alien, did knowingly make a false statement and claim that he was a citizen of the United States, with the intent to obtain on behalf of himself a State benefit, in that the defendant presented a birth certificate from the Commonwealth of Puerto Rico and a social security card in the name of "R.L.R." as proof of his identity and citizenship, to induce and secure the issuance of a State of Florida Driver License, in violation of Title 18, United States Code, Section 1015(e).

### FORFEITURE ALLEGATIONS

1.     The allegations in this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of

America of certain property in which the defendant, **EDINSON CANAVERAL SANCHEZ**, has an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 1542, as alleged in Count 3 of this Indictment, the defendant shall forfeit to the United States of America the following:

    a) any conveyance, including any vessel, vehicle, or aircraft used in the commission of such violation; and

    b) any property, real or personal,

        i.  that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of such violation;

        ii.  that was used to facilitate, or was intended to be used to facilitate, the commission of such violation.

All pursuant to Title 18, United States Code, Section 982(a)(6), and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

MIESHA SHONTA DARROUGH
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| vs. | |
| EDINSON CANAVERAL SANCHEZ, | **CERTIFICATE OF TRIAL ATTORNEY\*** |
| **Defendant.** | **Superseding Case Information:** |
| _____/ | |

**Court Division**: (Select One)

| | | | | |
|---|---|---|---|---|
| ____ | Miami | ____ | Key West | |
| X | FTL | ____ | WPB | ____ FTP |

New Defendant(s)    Yes ____    No ____
Number of New Defendants   _____
Total number of counts   _____

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:    (Yes or No)    <u>Yes</u>
    List language and/or dialect    <u>Spanish</u>

4.    This case will take    <u>2-3</u>    day for the parties to try.

5.    Please check appropriate category and type of offense listed below:

| | (Check only one) | | | (Check only one) | |
|---|---|---|---|---|---|
| I | 0 to 5 days | X | | Petty | |
| II | 6 to 10 days | | | Minor | |
| III | 11 to 20 days | | | Misdem. | |
| IV | 21 to 60 days | | | Felony | X |
| V | 61 days and over | | | | |

6.    Has this case been previously filed in this District Court?  (Yes or No)  <u>No</u>
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?    (Yes or No)    <u>Yes</u>
If yes:
Magistrate Case No.    <u>15-mj-06368-LSS</u>
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of    <u>September 3, 2015</u>
Defendant(s) in state custody as of _____
Rule 20 from the _____  District of _____

Is this a potential death penalty case? (Yes or No)    <u>No</u>

7.    Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    _____ Yes    __X__ No

8.    Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    _____ Yes    X No

_____
MIESHA SHONTA DARROUGH
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 17238

\*Penalty Sheet(s) attached

REV 4/8/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:   EDINSON CANAVERAL SANCHEZ**

**Case No:** _____

Count #:1

False Statement in an Application for a Passport

Title 18, United States Code, Section 1542

**\*Max. Penalty:**        10 Years' Imprisonment

Counts #:2-3

False Claim of United States Citizenship to Obtain a State Benefit

Title 18, United States Code, Section 1015(e)

**\*Max. Penalty:**        5 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**